UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

Lloyd W. Ernst

CASE/CITATION NO. 3:16-mj-0022cmk

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

CITY       STATE       ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 12-13-16

_____
DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ 975.00  and a penalty assessment of $ 25.00  for a TOTAL AMOUNT OF: $ 1,000.00  within _____ days/months; or payments of $ 50.00 per month, commencing 1-1-2017 and due on the first of each month until paid in full. Defendant is placed on 5 years summary probation;
( ) Restitution: as a special term and condition of probation defendant is excluded from Whiskeytown National Recreation Area.
( ) Community Service _____ with fees not to exceed $ _____
completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):

[ ] CENTRAL VIOLATIONS BUREAU
PO BOX 71363
PHILADELPHIA, PA 19176-1363
1-800-827-2982
or
Pay on-line at www.cvb.uscourts.gov
and Click on "Pay On-Line"

[ ] CLERK, USDC
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322

[X] CLERK, USDC
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 12-13-16

_____
U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                                 EDCA-3